B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Alabama

In re Channing Kara Mason / Gina Leigh Mason, Case No. 20-11388

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Carrington Mortgage Services, LLC | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806
Phone: 800-561-4567
Last Four Digits of Acct #: 2872

Court Claim # (if known): 13
Amount of Claim: $83,214.73
Date Claim Filed: 07/14/2020

Phone: 800-561-4567
Last Four Digits of Acct. #: 2872

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
PO Box 660586
Dallas, TX 75266-0586
Phone: 800-561-4567
Last Four Digits of Acct #: 2872

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Robert J. Solomon     Date: 06/01/2021
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.