Form 2100B (12/15)

# United States Bankruptcy Court
# Southern District of Alabama

**IN RE:**

**Channing Kara Mason
aka Channing K. Mason
aka Channing Mason
Gina Leigh Mason
aka Gina L McNaughton
aka Gina L Mason
aka Gina Mason
aka Gina L Brister
aka Jina Mason
...**

**Case No.: 20–11388
Chapter: 13**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 13 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 6/1/21.

**Name of Alleged Transferor**

JPMorgan Chase Bank, N.A

**Name of Transferee**

Carrington Mortgage Services, LLC

**Address of Alleged Transferor**

JPMorgan Chase Bank, N.A.
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

**Address of Transferee**

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

**Dated:** June 2, 2021

**Andrea Redmon
CLERK OF THE COURT**

Case 20-11388    Doc 62    Filed 06/02/21    Entered 06/02/21 16:36:27    Desc Notice of Transfer of Claim    Page 1 of 1